IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TRACI LYNN FEARS,**

    **Plaintiff,**

v.                                          Case No. 5:23-cv-306-AW-MJF

**DONALD EDENFIELD,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The pro se Plaintiff sued the Jackson County Sheriff in his official capacity. ECF No. 25. She claimed Fourteenth Amendment Equal Protection and Due Process violations. In a thorough report and recommendation, the magistrate judge concluded Plaintiff had not stated any plausible claim. ECF No. 26. Plaintiff did not file any objection.

Having carefully considered the matter, I agree with the magistrate judge. I adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim." The clerk will then close the file.

SO ORDERED on May 27, 2025.

                                                 s/ *Allen Winsor*
                                                 United States District Judge